STATE v. NEELEY

No. 259PA82.

Case below: 57 N.C. App. 211.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 June 1982.

STATE v. PINNIX

No. 201P82.

Case below: 56 N.C. App. 643.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 2 June 1982.

STATE v. POPLIN

No. 215P82.

Case below: 56 N.C. App. 304.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982.

STATE v. RIDDLE

No. 264P82.

Case below: 56 N.C. App. 701.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 May 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 May 1982.

STATE v. ROBERTSON

No. 293P82.

Case below: 57 N.C. App. 294.

Notice of appeal by defendant dismissed and petition by defendant for discretionary review under G.S. 7A-31 denied 28 May 1982.